IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Terra Runyon, et al.,

        Plaintiffs,

        vs.

Two Men & A Vacuum, et al.,

        Defendants.

Case No. 2:17-cv-10

Judge Graham
Magistrate Judge Jolson

JUDGMENT ON AN ACCEPTED OFFER

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68(a) judgment is entered in this case. Plaintiff's Terra Runyon and Jason Johnson have accepted the offer of judgment made by Defendants Two Men & A Vacuum and Cody Warren served upon them on February 22, 2017.

Judgment is entered in favor of Plaintiff Terra Runyon in the amount of $1,600.00, which amount includes all damages alleged in the complaint including liquidated damages and interest pursuant to the Fair Labor Standards Act and Ohio Revised Code §4113.15(B), exclusive of any costs, attorneys' fees and expenses accrued.

Judgment is entered in favor of Jason Johnson in the amount of $5,700.00, which amount includes all damages alleged in the complaint including liquidated damages and interest pursuant to the Fair Labor Standards Act and Ohio Revised Code §4113.15(B), exclusive of any costs, attorneys' fees and expenses accrued.

Judgment entered March 13, 2017.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio


By: /s/Eduardo Rivera
Eduardo Rivera, Deputy Clerk